# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
         **PLAINTIFF,**

vs.                                               Case No. 5:21-CR-40105-TC-02

**FELICIA CUNNINGHAM,**
         **DEFENDANT.**

## ORDER

NOW on this 29th day of April, 2024, the above-entitled matter comes before the court upon the motion of counsel for the United States for an order dismissing the Indictment filed in the above-captioned case against the above-named defendant pursuant to Federal Rule of Criminal Procedure 48(a).

The court being advised of the premise, finds that motion of the United States should be granted.

**IT IS THEREFORE ORDERED** that the motion of the United States for an order dismissing without prejudice the Indictment in the above-captioned case against the above-named defendant is hereby granted.

**IT IS SO ORDERED**.

                                                          _s/ Toby Crouse_____
                                                         HON. TOBY CROUSE
                                                         UNITED STATES DISTRICT JUDGE